| United States Bankruptcy Court<br>District of New Jersey | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Zais Investment Grade Limited VII | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): Unavailable | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>P.O. Box 1093 GT<br>Queensgate House<br>South Church Street, Georgetown<br>Grand Cayman, Cayman Islands<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Monmouth (The Debtor's principal place of business is 2 Bridge Avenue, The Galleria Building Three, Red Bank, New Jersey, 07701). | MAILING ADDRESS OF DEBTOR (If different from street address)<br>(Service Agent Address)<br>BNY Mellon<br>Attn: Zais Investment Grade Limited VII<br>601 Travis Street, 16th Floor<br>Houston, Texas 77002 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>New York, New York | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

| Page 2 | Name of Debtor: Zais Investment Grade Limited VII |
|---|---|
| | Case No. |

**TRANSFER OF CLAIM**

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioners request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative
(Partner, Anchorage Capital Group, L.L.C., Investment Manager for Anchorage Capital Master Offshore, Ltd.)

Anchorage Capital Master Offshore, Ltd.   April 1, 2011
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Daniel Allen
Anchorage Capital Group, L.L.C.,
610 Broadway, 5th Floor
New York, NY 10012

x _Martha B. Chovanes_ 4/1/11
Martha B. Chovanes, Esq. (MC 2019)   Date

Fox Rothschild LLP
Name of Attorney Firm (If any)

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Address

(305) 995-5252
Telephone No.

---

x _[signature]_
Signature of Petitioner or Representative
(Partner, Anchorage Capital Group, L.L.C, Investment Manager for GRF Master Fund, L.P.)

GRF Master Fund, L.P.   April 1, 2011
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Daniel Allen
Anchorage Capital Group, L.L.C.,
610 Broadway, 5th Floor
New York, NY 10012

x _Martha B. Chovanes_ 4/1/11
Martha B. Chovanes, Esq. (MC 2019)   Date

Fox Rothschild LLP
Name of Attorney Firm (If any)

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Address

(305) 995-5252
Telephone No.

---

x _[signature]_
Signature of Petitioner or Representative
(Partner, Anchorage Capital Group, L.L.C, Investment Manager for Anchorage Illiquid Opportunities Offshore Master, L.P.)

Anchorage Illiquid Opportunities
Offshore Master, L.P.   April 1, 2011
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Daniel Allen
Anchorage Capital Group, L.L.C.,
610 Broadway, 5th Floor
New York, NY 10012

x _Martha B. Chovanes_ 4/1/11
Martha B. Chovanes, Esq. (MC 2019)   Date

Fox Rothschild LLP
Name of Attorney Firm (If any)

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Address

(305) 995-5252
Telephone No.

Page 3                                          Name of Debtor    Zais Investment Grade Limited VII
                                                Case No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Anchorage Capital Master Offshore, Ltd.<br>c/o Anchorage Capital Group, L.L.C.<br>610 Broadway, 5th Floor<br>New York, NY 10012 | Nature of Claim<br>Zing 7A A1A Notes<br>Zing 7X COM3 (Combination of A-3 Notes and B-2A Notes) | Amount of Claim<br>$77,761,370<br>$4,964,920 |
| Name and Address of Petitioner<br>GRF Master Fund, L.P.<br>c/o Anchorage Capital Group, L.L.C.<br>610 Broadway, 5th Floor<br>New York, NY 10012 | Nature of Claim<br>Zing 7A A1A Notes<br>Zing 7X COM3 (Combination of A-3 Notes and B-2A Notes) | Amount of Claim<br>$7,402,992<br>$522,623 |
| Name and Address of Petitioner<br>Anchorage Illiquid Opportunities Offshore Master, L.P.<br>c/o Anchorage Capital Group, L.L.C.<br>610 Broadway, 5th Floor<br>New York, NY 10012 | Nature of Claim<br>Zing 7X A1A Notes<br>Zing 7X COM3 (Combination of A-3 Notes and B-2A Notes) | Amount of Claim<br>$39,838,424<br>$2,781,811 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$133,272,140 |

_0_ continuation sheets attached

The above-referenced claims include all claims held by the Petitioners, including secured claims and under-secured claims.

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates the disclosure required under Rule 7007.1 of the Bankruptcy Rules, Anchorage Capital Master Offshore, Ltd. (the "Petitioning Creditor") hereby states that ACPO Ltd., a Cayman Islands exempted limited company, is the only corporation that directly or indirectly owns 10% or more of any class of the Petitioning Creditor's equity interests as of the date hereof.

In accordance with 28 U.S.C. § 1746, the undersigned hereby declares under penalty of perjury under the laws of the United States of America that they have reviewed the foregoing and that it is true and correct to the best of their information and belief, with reliance on appropriate corporate officers.

Date:  April 1, 2011

ANCHORAGE CAPITAL MASTER
OFFSHORE, LTD.
By: Anchorage Capital Group L.L.C.,
Its Investment Manager

By _____
Name    **Daniel Allen**
Title      **Senior Portfolio Manager**

## RULE 1003 STATEMENT REGARDING CLAIMS OF
## ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.

The undersigned hereby states that Anchorage Capital Master Offshore, Ltd. (the "Petitioning Creditor") holds claims totaling $82,726,290 against the company named in the attached involuntary petition (the "Debtor") arising out of A-1A Notes with an original principal face amount of $91,646,000 and a combination of A-3 Notes and B-2A Notes with an original principal face amount of $6,004,000 issued by the Debtor. Such claims were acquired on various dates between February 9, 2010 and March 18, 2011 for the approximate consideration of $34,374,852 as reflected in the attached documents. Such claims are based upon principal only and are exclusive of interest, fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing a bankruptcy case against the Debtor.

Date: April 1, 2011

                                    ANCHORAGE CAPITAL MASTER
                                    OFFSHORE, LTD.
                                    By: Anchorage Capital Group, L.L.C.,
                                    Its Investment Manager

                                    By: _____
                                        Name:  **Daniel Allen**
                                        Title: **Senior Portfolio Manager**

## RULE 1003 STATEMENT REGARDING CLAIMS OF
## GRF MASTER FUND, L.P.

The undersigned hereby states that GRF Master Fund, L.P. (the "Petitioning Creditor") holds claims totaling $7,925,615 against the company named in the attached involuntary petition (the "Debtor") arising out of A-1A Notes with an original principal face amount of $8,798,000 and a combination of A-3 Notes and B-2A Notes with an original principal face amount of $632,000 issued by the Debtor. Such claims were acquired on various dates between October 28, 2009 and March 18, 2011 for the approximate consideration of $2,597,250 as reflected in the attached documents. Such claims are based upon principal only and are exclusive of interest, fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing a bankruptcy case against the Debtor.

Date: April 1, 2011

GRF MASTER FUND, L.P.
By: Anchorage Capital Group, L.L.C.,
Its Investment Manager

By: _____
Name: Daniel Allen
Title: Senior Portfolio Manager

## RULE 1003 STATEMENT REGARDING CLAIMS OF
## ANCHORAGE ILLIQUID OPPORTUNITIES OFFSHORE MASTERS, L.P.

The undersigned hereby states that Anchorage Illiquid Opportunities Offshore Masters, L.P. (the "Petitioning Creditor") holds claims totaling $42,620,235 against the company named in the attached involuntary petition (the "Debtor") arising out of A-1A Notes with an original principal face amount of $46,263,000 and a combination of A-3 Notes and B-2A Notes with an original principal face amount of $3,364,000 issued by the Debtor. Such claims were acquired on various dates between February 9, 2010 and March 18, 2011 for the approximate consideration of $16,787,852 as reflected in the attached documents. Such claims are based upon principal only and are exclusive of interest, fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing a bankruptcy case against the Debtor.

Date: April 1, 2011

                                                ANCHORAGE ILLIQUID
                                                OPPORTUNITIES OFFSHORE
                                                MASTER L.P.
                                                By: Anchorage Capital Group, L.L.C.,
                                                Its Investment Manager

By: _____
       Name: __Daniel Allen_____
       Title: __Senior Portfolio Manager__

## FORM OF POSITION REPORT

Goldman, Sachs & Co | 200 West Street | New York, NY 10282
Tel: 212-902-1000

Goldman Sachs International | Peterborough Court | 133 Fleet Street | London EC4A 2BB
Tel: +44-207-774-1000

---

Anchorage Capital Group LLC
610 Broadway
6th Floor
New York, NY 10012

March 24, 2011

Sirs,

**Statement of Holdings:** ZING 7A A1A CDO 0.739% 10/15/2040 FACTOR 0.67456297 10/01/2010, ISIN US98886AAA88 (the "Security")

Goldman, Sachs & Co. ("GSCO") and/or Goldman Sachs International ("GSI") act as prime broker, custodian and/or lender to the funds and for the accounts listed below (the "Funds"). This will confirm that the Security described below were reflected on GSCO's and GSI's book and records for the accounts of the applicable Funds on the dates indicated:

| Account | Dates | Fund Name | Quantity |
|---|---|---|---|
| 002-36281-2 | March 23, 2011 | Anchorage Capital Master Offshore LTD | 39,646,000 |
| 002-44158-2 | March 23, 2011 | Anchorage Illiquid Opportunities Offshore Master LP | 1,263,000 |
| 002-43347-2 | March 23, 2011 | GRF Master Fund LP | 5,798,000 |

Please note that to the extent financing was extended against any of the Securities during any of the applicable time periods, standard collateral arrangements may have resulted in transfers of such Securities pursuant to GSCO's or GSI's rights as a secured creditor, in which case the applicable Fund retained a contractual right against GSCO or GSI, as applicable, for the delivery of equivalent securities, with the result that one or more of the Funds may not have had the right to vote or exercise other indicia of ownership of the Securities, and that GSCO or GSI, as applicable, may have lent, sold or otherwise used the Security.

Yours faithfully,

*[signature]*

Betty Tran
Vice President
For and on behalf of
Goldman Sachs & Co.

Please note that we accept no responsibility or liability to you or any third party in connection with the contents of this letter. The foregoing information is disclosed to you for informational purposes only and should not be relied upon by you or any third party for any other purpose. The letter is based on information that we believe to be correct, however, the information is correct only as of the date stated and would need to be reconfirmed in respect of any other date. The above information lists purchases and sales cleared by us for the accounts and the dates indicated therein, along with certain additional information. Please note however that the official statement of your transactions and securities holdings is provided to you in the form of Goldman Sachs confirmations at the time of the transaction for transactions executed through Goldman Sachs, and monthly customer statements at the end of each calendar month for all transactions cleared to your Goldman Sachs prime brokerage account. The attached is being provided at your request as a courtesy and is not an official report nor in a form customarily provided to our clients nor is it maintained in such a format by us as part of our official books and records. Goldman, Sachs & Co. has no independent regulatory requirement or duty to maintain, and the attached is not meant to be a substitute for, your or your funds' official books and records nor do we assume any responsibility for any regulatory compliance obligations to which you may be subject. We do not represent that this material is accurate, complete or up-to-date, nor suitable for your intended use and we do not accept liability for any losses or damages arising from your use of this information.

```
                                                                  Msg:D.JANSKY
1<GO>DEL  2<GO>REPLY  22<GO>REPLY ALL  3<GO>FWD  11<GO>NEXT  12<GO>PREV  99<GO>OPTIONS
    10/28 16:33:33                                                    Page 1 / 2
    From: *DAVID JANSKY (RESOURCE CAPITAL MAR)                     1-212-506-3886
      To: NICHOLAS WONG, MICHAEL MAGALDI, PETE MATOUSEK
      Cc:
 Subject: Fwd:VCON TRADE CONFIRMED: ZING 7A A1A
91)       97) Bloomberg Function (VCON)
Phone: (212) 506-3886 cell: (646) 206-3761 email: djansky@resourceamerica.com


----- Original Message -----
From: JOHN SETTE (ANCHORAGE ADVISORS L)
To: DAVID JANSKY (RESOURCE CAPITAL MAR)
At: 10/28 16:33:09

CUSTOMER: JOHN SETTE @ ANCHORAGE ADVISO           {VCON<GO>} for details
ISIN:                                                  As of: 10/28/09
TRDR: DAVID JANSKY                                     (DATED: 10/19/05)
SELLS: 5,000M of ZING 7A A1A                           CUSIP: 98886AAA8
PRICE 25-16
SETTLEMENT on 11/02/09                    ISSUER: ZAIS INVESTMENT GRADE LTD
NOTES:


Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000       U.S. 1 212 318 2000      Copyright 2009 Bloomberg Finance L.P.
                                                              SN 699391 H004-719-0 28-Oct-2009 16:33:51
```



**Kathryn Pruess**

From: Tom, Brayton [brayton.tom@citi.com]
Sent: Thursday, June 17, 2010 8:48 AM
To: Peter Gabriele
Subject: FW: * TRADE TICKET * Citi Sells / Anchorage Buys

Peter,

Can you provide where we are settling the below

-----Original Message-----
From: Berkeley, James R [ICG-MKTS]
Sent: Wednesday, June 16, 2010 3:53 PM
To: John Sette (jsette@anchoragecap.com); 'John Papsaglia'; Yale Barron (ybaron@anchoragecap.com)
Cc: Tom, Brayton [ICG-MKTS]; 'Virginia Eldred'
Subject: * TRADE TICKET * Citi Sells / Anchorage Buys


```
                    * TRADE TICKET *
TRADER: ROBERT CHEN                          CUSIP: 98886AAA8
SELLS:    28,757,000 of ZING 7A A1A          0.75281%  10/15/40
PRICE: 37.7500000                      CDO        :FLT
SETTLE: 06/21/10 [Mon]  Accrual Pd: 04/15/10 - 07/14/10 Qrtrly
                        Next Payment: 07/15/10 ( 0 day delay)
** Curr Face  $   25,498,692.21 <Apr10  Factor   0.8866951424>
PRINCIPAL VAL $    9,625,756.31
+ 67 Days ACC $       35,725.28 ☐ actual current coupon
= TOTAL FUNDS $    9,661,481.59 **

<NOTES>:
Formula: (1xLIBOR03M)+45BP. NO CAP       FLOOR=  0.45%
```

1

```
                                                                    Pfd   MSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS
   1/19 16:13:18                                              Page 1 / 2
     From: NICHOLAS WONG (RESOURCE CAPITAL MAR)
   Subject: Fwd:VCON TRADE CONFIRMED: ZING 7A A1A
91)            97) Bloomberg Function (VCON)            92) Move   94) Tags


----- Original Message -----
From: JOHN SETTE (ANCHORAGE CAPITAL GR)
To:   NICHOLAS WONG (RESOURCE CAPITAL MAR)
At:   1/19 16:12:54

CUSTOMER: JOHN SETTE @ ANCHORAGE CAPITA              (VCON-GO>) for details
ISIN: US98886AAA88                                        As of: 01/19/11
TRDR: NICHOLAS WONG                                      (DATED: 10/19/05)
SELLS: 11,600M of ZING 7A A1A                           CUSIP: 98886AAA8
PRICE 67-04
SETTLEMENT on 01/24/11                       ISSUER: ZAIS INVESTMENT GRADE LTD
NOTES:
THANKS FOR THE TRADE
```

```
     Page                                                    Pfd    MSG
Screen saved as Y:\Completed Pojects\ZING 7A A1A\ticket 5a.gif
  1/19 16:13:18                                              Page 2 / 2
     From:   NICHOLAS WONG (RESOURCE CAPITAL MAR)
     Subject: Fwd:VCON TRADE CONFIRMED: ZING 7A A1A
 91)       97) Bloomberg                              92) Move   94) Tags


                (1x[ISDR03M])+45BP, NO CAP       FLOOR  0.45%
** PRINCIPAL:                                       USD 6468623.47 **
** ACCRUED (6 days):                                       1709.71 **
** TOTAL:                                           USD 6470333.18 **
```

## Ed Greco

| | |
|---|---|
| **From:** | Yale Baron |
| **Sent:** | Wednesday, March 23, 2011 2:50 PM |
| **To:** | Ed Greco |
| **Subject:** | FW: ZING 7A A1A Trade Ticket |
| **Attachments:** | ▮▮▮▮▮▮ |

---

**From:** Silvas, Nicholas [mailto:nicholas.silvas@baml.com]
**Sent:** Friday, March 18, 2011 12:11 PM
**To:** John Sette; Yale Baron; Siddharth Chhabra; John Passaglia
**Cc:** Tiedeken, Eric; Portano, Jill A
**Subject:** ZING 7A A1A Trade Ticket

Thanks guys – see attached email from seller acknowledging your stipulations (please keep identity confidential)

```
          * TRADE TICKET *
TRADER: NICHOLAS SILVAS           CUSIP: 98886AAA8
SELLS:   1,850,000 of ZING 7A A1A    0.75313%  10/15/40
PRICE:  60.0000000         CDO    :FLT
SETTLE: 03/23/11 [Wed]  Accrual Pd: 01/18/11 - 04/14/11 Qrtrly
              Next Payment: 04/15/11 ( 0 day delay)
** Curr Face  $   1,537,003.59 <Jan11 Factor 0.8308127495>
PRINCIPAL VAL $    922,202.15
+ 64 Days ACC $      2,057.89 ✓ actual current coupon
= TOTAL FUNDS $    924,260.04 **
< TRADE NOTES: ML SELLS TO ANCHORAGE              >
```

Formula: (1xLIBOR03M)+45BP. NO CAP    FLOOR= 0.45%

Nicholas A. Silvas
Merrill Lynch, Pierce, Fenner & Smith Inc.  Structured Credit Products
Bank of America Tower One Bryant Park | NY1-100-03-01 | New York, NY 10036
work: 646.855.6310 | fax: 804.553.2430 | bberry: 347.885.9586
e-mail: nicholas.silvas@baml.com *PLS note new email address*

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.
Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be

3/23/2011

archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Bank of America Corporation. Securities and Insurance Products: * Are Not FDIC Insured * Are Not Bank Guaranteed * May Lose Value * Are Not a Bank Deposit * Are Not a Condition to Any Banking Service or Activity * Are Not Insured by Any Federal Government Agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read. This message is subject to terms available at the following link: http://www.bankofamerica.com/emaildisclaimer. By messaging with Sender you consent to the foregoing.

3/23/2011

**FORM OF POSITION REPORT**

Goldman, Sachs & Co | 200 West Street | New York, NY 10282
Tel: 212-902-1000

Goldman Sachs International | Peterborough Court | 133 Fleet Street | London EC4A 2BB
Tel: +44-207-774-1000

---

Anchorage Capital Group LLC
610 Broadway
6th Floor
New York, NY 10012

March 24, 2011

Sirs,

**Statement of Holdings:** ZING 7X A1A 10/19/2005 10/15/2040 0.739% 10/15/2040 FACTOR 0.86198016 10/01/2010, ISIN USG9884LAA64 (the "Security")

Goldman, Sachs & Co. ("GSCO") and/or Goldman Sachs International ("GSI") act as prime broker, custodian and/or lender to the funds and for the accounts listed below (the "Funds"). This will confirm that the Security described below were reflected on GSCO's and GSI's book and records for the accounts of the applicable Funds on the dates indicated:

| Account | Dates | Fund Name | Quantity |
|---|---|---|---|
| 002-36281-2 | March 23, 2011 | Anchorage Capital Master Offshore LTD | 52,000,000 |
| 002-44158-2 | March 23, 2011 | Anchorage Illiquid Opportunities Offshore Master LP | 45,000,000 |
| 002-43347-2 | March 23, 2011 | GRF Master Fund LP | 3,000,000 |

Please note that to the extent financing was extended against any of the Securities during any of the applicable time periods, standard collateral arrangements may have resulted in transfers of such Securities pursuant to GSCO's or GSI's rights as a secured creditor, in which case the applicable Fund retained a contractual right against GSCO or GSI, as applicable, for the delivery of equivalent securities, with the result that one or more of the Funds may not have had the right to vote or exercise other indicia of ownership of the Securities, and that GSCO or GSI, as applicable, may have lent, sold or otherwise used the Security.

Yours faithfully,

*[signature]*

Matt Kirschner
Vice President
For and on behalf of
Goldman Sachs & Co.

Please note that we accept no responsibility or liability to you or any third party in connection with the contents of this letter. The foregoing information is disclosed to you for informational purposes only and should not be relied upon by you or any third party for any other purpose. The letter is based on information that we believe to be correct, however, the information is correct only as of the date stated and would need to be reconfirmed in respect of any other date. The above information lists purchases and sales cleared by us for the accounts and the dates indicated therein, along with certain additional information. Please note however that the official statement of your transactions and securities holdings is provided to you in the form of Goldman Sachs confirmations at the time of the transaction for transactions executed through Goldman Sachs, and monthly customer statements at the end of each calendar month for all transactions cleared to your Goldman Sachs prime brokerage account. The attached is being provided at your request as a courtesy and is not an official report nor in a form customarily provided to our clients nor is it maintained in such a format by us as part of our official books and records. Goldman, Sachs & Co has no independent regulatory requirement or duty to maintain, and the attached is not meant to be a substitute for, your or your funds' official books and records, nor do we assume any responsibility for any regulatory compliance obligations to which you may be subject. We do not represent that this material is accurate, complete or up-to-date, nor suitable for your intended use and we do not accept liability for any losses or damages arising from your use of this information.

Please Confirm                                                                                                             Page 1 of 1

### Kathryn Pruess

**From:** Aversano, Dawn (GMIS, CLT SVCS AMER) [dawn.aversano@baml.com]
**Sent:** Tuesday, February 09, 2010 2:35 PM
**To:** Peter Gabriele
**Subject:** Please Confirm

Your buy
02/09/2010   02/12/2010   BCC0LSZK3   100,000,000.00   39.30   35,730,984.58

Dawn Aversano | Bank of America Merrill Lynch
Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center | New York, NY 10080 | 212-449-5729
NY Fixed Income Institutional Client Services

This message w/attachments (message) may be privileged, confidential or proprietary, and if you are not an intended recipient, please notify the sender, do not use or share it and delete it. The information contained in this e-mail was obtained from sources believed to be reliable; however, the accuracy or completeness of this information is not guaranteed. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Merrill Lynch. Subject to applicable law, Merrill Lynch may monitor, review and retain e-communications (EC) traveling through its networks/systems. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or error-free. References to "Merrill Lynch" are references to any company in the Merrill Lynch & Co., Inc. group of companies, which are wholly-owned by Bank of America Corporation. Securities and Insurance Products: * Are Not FDIC Insured * Are Not Bank Guaranteed * May Lose Value * Are Not a Bank Deposit * Are Not a Condition to Any Banking Service or Activity * Are Not Insured by Any Federal Government Agency. Past performance is no guarantee of future results. Attachments that are part of this E-communication may have additional important disclosures and disclaimers, which you should read. This message is subject to terms available at the following link: http://www.ml.com/e-communications_terms/. By messaging with Merrill Lynch you consent to the foregoing.

12/21/2010

**FORM OF POSITION REPORT**

Goldman, Sachs & Co | 200 West Street | New York, NY 10282
Tel: 212-902-1000

Goldman Sachs International | Peterborough Court | 133 Fleet Street | London EC4A 2BB
Tel: +44-207-774-1000

---

Anchorage Capital Group LLC
610 Broadway
6th Floor
New York, NY 10012

March 24, 2011

Sirs,

**Statement of Holdings:** ZING 7X COM3 REGS 0.000% 01/15/2046 FACTOR 0.82693546 10/01/2010, ISIN USG9884LAM03 (the "Security")

Goldman, Sachs & Co. ("GSCO") and/or Goldman Sachs International ("GSI") act as prime broker, custodian and/or lender to the funds and for the accounts listed below (the "Funds"). This will confirm that the Security described below were reflected on GSCO's and GSI's book and records for the accounts of the applicable Funds on the dates indicated:

| Account | Dates | Fund Name | Quantity |
|---|---|---|---|
| 002-36281-2 | March 23, 2011 | Anchorage Capital Master Offshore LTD | 6,004,000 |
| 002-44158-2 | March 23, 2011 | Anchorage Illiquid Opportunities Offshore Master LP | 3,364,000 |
| 002-43347-2 | March 23, 2011 | GRF Master Fund LP | 632,000 |

Please note that to the extent financing was extended against any of the Securities during any of the applicable time periods, standard collateral arrangements may have resulted in transfers of such Securities pursuant to GSCO's or GSI's rights as a secured creditor, in which case the applicable Fund retained a contractual right against GSCO or GSI, as applicable, for the delivery of equivalent securities, with the result that one or more of the Funds may not have had the right to vote or exercise other indicia of ownership of the Securities, and that GSCO or GSI, as applicable, may have lent, sold or otherwise used the Security.

Yours faithfully,

Matt Kirschner
Vice President
For and on behalf of
Goldman Sachs & Co.

Please note that we accept no responsibility or liability to you or any third party in connection with the contents of this letter. The foregoing information is disclosed to you for informational purposes only and should not be relied upon by you or any third party for any other purpose. The letter is based on information that we believe to be correct, however, the information is correct only as of the date stated and would need to be reconfirmed in respect of any other date. The above information lists purchases and sales cleared by us for the accounts and the dates indicated therein, along with certain additional information. Please note however that the official statement of your transactions and securities holdings is provided to you in the form of Goldman Sachs confirmations at the time of the transaction for transactions executed through Goldman Sachs, and monthly customer statements at the end of each calendar month for all transactions cleared to your Goldman Sachs prime brokerage account. The attached is being provided at your request as a courtesy and is not an official report nor in a form customarily provided to our clients nor is it maintained in such a format by us as part of our official books and records. Goldman, Sachs & Co. has no independent regulatory requirement or duty to maintain, and the attached is not meant to be a substitute for your or your funds' official books and records, nor do we assume any responsibility for any regulatory compliance obligations to which you may be subject. We do not represent that this material is accurate, complete or up-to-date, nor suitable for your intended use and we do not accept liability for any losses or damages arising from your use of this information.



```
This message is restricted between two firms only.              EquityMSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS
  11/10 12:21:41                                                Page 1 / 2
    From: * GLENN CLARKE (CHAPDELAINE CREDIT P)            +1-212-208-9160
    Subject: ID : USG9884LAM03 *Trade Ticket* As of Date: 11/10/2010
91)                                                   92) Move   94) Tags
Chapdelaine Credit Partners


ID : USG9884LAM03 *Trade Ticket* As of Date: 11/10/2010
TRDR/SLS  : GLENN CLARKE              Settlement : 11/16/2010
SELLS     : 8M (M)                    ISSUER:ZAIS INVESTMENT GRADE LTD
Security  : ZING 7X COM3%
  Price   : 0-16         Yield:0.000000   Yield to: 1/15/2046   at
Prepay speed :           Factor : 0.826935459

Notes :CCP SELLS TO ANCHORAGE

                                                 {USG9884LAM03 MTGE DES GO}

Principal          USD          33,077.42
Accrued       ( 0 days)              0.00
Transaction Costs                    0.00
Total              USD          33,077.42


    BN   12:54 *VALLOUREC TO SELL SHARES TO EMPLOYEES FOR EU61.14 EACH  :VK FP
928 BT   12:54 Pentair Presentation Teleconference PNR US
927 PAN  12:54 AMERICAN NURSE RELIVES BID TO HELP 7/7 VICTIMS
926 RNS  12:54 CMA Global Hedge         CMAE    Result of EGM
             THE NEW ASSET SWAP CALCULATOR:
                  MORE TRANSPARENT                    ASW
```