**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In the matter of:

Zais Investment Grade Limited VII

Case No.    11-20243-RTL

Debtor

Chapter    11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named Debtor:

A petition under title 11, United States Code was filed against you on April 1, 2011 in this Bankruptcy Court, requesting an Order for Relief under Chapter 11 of the Bankruptcy Code.

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this Summons. A copy of the petition is attached.

| Address of Clerk | United State Bankruptcy Court<br>402 E. State Street<br>Trenton, NJ 08608 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioner's Attorney | Martha Baskett Chovanes<br>Fox Rothschild LLP.<br>997 Lenox Drive<br>Building 3<br>Lawrenceville, NJ 08648 |
|---|---|

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF AN ORDER FOR RELIEF.**

JAMES J. WALDRON, Clerk

Date: April 4, 2011

By: Judith E. Youngken
Deputy Clerk

rev.12/1/09

*[Stamp: U.S. BANKRUPTCY COURT FILED TRENTON NJ, 11 APR -4 AM 10:42, JAMES J. WALDRON, DEPUTY CLERK]*