WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
(973) 733-9200
James N. Lawlor
Proposed Counsel for ZAIS Investment
Grade Limited VII

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ZAIS INVESTMENT GRADE LIMITED VII,<br><br>Debtor and Debtor-in-Possession. | Case No: 11-20243 (RTL)<br><br>Chapter 11 |

DECLARATION CONCERNING CONSOLIDATED
LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS

I, the undersigned authorized director of ZAIS Investment Grade Limited VII, named as the debtor in the above case (the "*Debtor*"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 23 Largest Unsecured Claims against the Debtor and the list is true and correct to the best of my knowledge, information and belief.

Date:  April 28, 2011          Signature: _____
                               Name: George Bashforth
                               Position: Director

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>ZAIS INVESTMENT GRADE LIMITED VII,<br><br>Debtor and Debtor-in-Possession. | Case No: 11-20243 (RTL)<br><br>Chapter 11 |
|---|---|

### LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS

Following is the list of the creditors holding the 23 largest unsecured claims against the above-captioned debtor, ZAIS Investment Grade Limited VII. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 23 largest unsecured claims. The information presented herein does not constitute an admission of liability by, nor is it binding on the Debtor, and nothing provided herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

| (1)<br><br>*Name of creditor and complete mailing addressing including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also indicate value of security]* |
|---|---|---|---|---|
| The Bank of New York Mellon Trust Company, N.A., as indenture trustee under indenture dated as of October 19, 2005 c/o Emmet, Marvin & Martin, LLP 177 Madison Avenue Morristown, NJ 07960 | The Bank of New York Mellon Trust Company, N.A., as indenture trustee under indenture dated as of October 19, 2005 c/o Emmet, Marvin & Martin, LLP 177 Madison Avenue Morristown, NJ 07960 973-538-5600 Attn: Tyler J. Kandel, Esq. | Indenture Trustee for Noteholders | | $365,500,000 |
| Anchorage Capital Master Offshore, Ltd. c/o Fox Rothschild LLP Princeton Pike Corporate Center 997 Lenox Drive, 3rd Floor Lawrenceville, NJ 08648 | Anchorage Capital Master Offshore, Ltd. c/o Fox Rothschild LLP Attn: Martha B. Chovanes, Esq. Princeton Pike Corporate Center 997 Lenox Drive, 3rd Floor Lawrenceville, NJ 08648 | Noteholder | | $82,726,290 |

**LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

ZAIS INVESTMENT GRADE LIMITED VII               Case No. 11-20243 (RTL)

Debtor.                                          Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Anchorage Illiquid Opportunities Offshore Master, L.P. c/o Fox Rothschild LLP Princeton Pike Corporate Center 997 Lenox Drive, 3rd Floor Lawrenceville, NJ 08648 | Anchorage Illiquid Opportunities Offshore Master, L.P. c/o Fox Rothschild LLP Attn: Martha B. Chovanes, Esq. Princeton Pike Corporate Center 997 Lenox Drive, 3rd Floor Lawrenceville, NJ 08648 | Noteholder | | $42,620,235 |
| BNYMEL/TST No.: 00000954 525 William Penn Place Suite 153-0400 Pittsburgh, PA 15259 | BNYMEL/TST No.: 00000954 Attn: Jennifer May 525 William Penn Place Suite 153-0400 Pittsburgh, PA 15259 | Noteholder | | unknown |
| Brown Bros No.: 00000010 525 Washington Blvd Newport Tower Jersey City, NJ 07310 | Brown Bros No.: 00000010 Attn: Dorota Malkiewicz 525 Washington Blvd Newport Tower Jersey City, NJ 07310 | Noteholder | | unknown |
| CGM/SAL BR No.: 00000274 111 Wall Street 6th FL New York, NY 10001 | CGM/SAL BR No.: 00000274 Attn: Patricia Haller 111 Wall Street 6th FL New York, NY 10001 | Noteholder | | unknown |
| Citibank No.: 00000908 3800 Citibank Center B3-12 Tampa, FL 33610 | Citibank No.: 00000908 Attn: Sandra Hernandez 3800 Citibank Center B3-12 Tampa, FL 33610 | Noteholder | | unknown |

# LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

ZAIS INVESTMENT GRADE LIMITED VII        Case No. 11-20243 (RTL)

Debtor.        Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Company Announcements Office<br>Irish Stock Exchange Limited<br>28 Anglesea Street<br>Dublin 2, Ireland | Company Announcements Office<br>Irish Stock Exchange Limited<br>Attn: James Ferguson<br>28 Anglesea Street<br>Dublin 2, Ireland | Trade | | unknown |
| Goldman<br>No.: 0000005<br>30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302 | Goldman<br>No.: 0000005<br>Attn: Vanessa Camardo<br>30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302 | Noteholder | | unknown |
| GRF Master Fund, L.P.<br>c/o Fox Rothschild LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, 3rd Floor<br>Lawrenceville, NJ 08648 | GRF Master Fund, L.P.<br>c/o Fox Rothschild LLP<br>Attn: Martha B. Chovanes, Esq.<br>Princeton Pike Corporate Center<br>997 Lenox Drive, 3rd Floor<br>Lawrenceville, NJ 08648 | Noteholder | | $7,925,615 |
| Issuer Services<br>C/O ADP Proxy Services<br>51 Mercedes Way<br>Edgewood, NY 11717 | Issuer Services<br>C/O ADP Proxy Services<br>51 Mercedes Way<br>Edgewood, NY 11717 | Noteholder | | unknown |
| JPMCBNA<br>No.: 00000902<br>14201 Dallas Pkwy<br>12th Fl<br>Dallas, TX 75254 | JPMCBNA<br>No.: 00000902<br>Attn: Philip Roy<br>14201 Dallas Pkwy<br>12th Fl<br>Dallas, TX 75254 | Noteholder | | unknown |

## LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

ZAIS INVESTMENT GRADE LIMITED VII　　　　　　　　　Case No. 11-20243 (RTL)

　　　　Debtor.　　　　　　　　　　　　　　　　　　　　Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Attn: Heather Lennox, Esq.<br>212-326-3939 | Trade | | $201,647.80 |
| MaplesFS Limited<br>PO Box 1093, Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands | MaplesFS Limited<br>PO Box 1093, Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands<br>Attn: The Directors<br>Fax: 345-945-7100 | Trade | | unknown |
| Maples and Calder<br>PO Box 309, Ugland House<br>South Church Street,<br>George Town<br>Grand Cayman KY1-1104<br>Cayman Islands | Maples and Calder<br>PO Box 309, Ugland House<br>South Church Street, George Town<br>Grand Cayman KY1-1104<br>Cayman Islands<br>Attn. John Dykstra<br>Email: john.dykstra@maplesandcalder.com | Trade | | $62,397.77 |
| MLPFS/FIX<br>No.: 00000773<br>101 Hudson Street<br>Jersey City, NJ 07747 | MLPFS/FIX<br>No.: 00000773<br>Attn: Ronnie O'Neill<br>101 Hudson Street<br>Jersey City, NJ 07747 | Noteholder | | unknown |

4

**LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

ZAIS INVESTMENT GRADE LIMITED VII         Case No. 11-20243 (RTL)

Debtor.                                   Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Moody's Investor's Service 7 World Trade Center 250 Greenwich Street New York, NY 10007 | Moody's Investor's Service Attn: CBO/CLO Monitoring 7 World Trade Center 250 Greenwich Street New York, NY 10007 | Trade | | unknown |
| Natixis Financial Products LLC 9 West 57th Street 36th Floor New York, NY 10019 | Natixis Financial Products LLC Attn: Swaps Administration 9 West 57th Street 36th Floor New York, NY 10019 | Swap Counterparty | | unknown |
| Registrar General/Registrar of Companies Ground Floor, Citrus Grove Building, Goring Ave., George Town, Grand Cayman | Registrar General/Registrar of Companies Ground Floor, Citrus Grove Building, Goring Ave., George Town, Grand Cayman 345-946-7922 | Government | | unknown |
| SSB&T CO No.: 00000997 1776 Heritage Drive North Quincy, MA 02171 | SSB&T CO No.: 00000997 Attn: Karen Johndrow 1776 Heritage Drive North Quincy, MA 02171 | Noteholder | | unknown |
| Standard & Poor's Structured Finance Ratings 55 Water Street, 41st Floor New York, NY 10004 | Standard & Poor's Attn: Asset-Backed Surveillance Group-CBO/CLO Structured Finance Ratings 55 Water Street, 41st Floor New York, NY 10004 | Trade | | unknown |

5

**LIST OF CREDITORS HOLDING 23 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

ZAIS INVESTMENT GRADE LIMITED VII              Case No. 11-20243 (RTL)

Debtor.                                         Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| WELLS BKNA No.: 00002027 733 Marquette Avenue MAC N9306-057, 5TH FL Minneapolis, MN 55479 | WELLS BKNA No.: 00002027 Attn: Lacey Peterson 733 Marquette Avenue MAC N9306-057, 5TH FL Minneapolis, MN 55479 | Noteholder | | unknown |
| ZAIS Group, LLC The Galleria Building Three, 2nd Floor Two Bridge Avenue Red Bank, NJ 07701 | ZAIS Group, LLC The Galleria Building Three, 2nd Floor Two Bridge Avenue Red Bank, NJ 07701 Fax: 732-747-7619 Attn: Christian Zugel Russell Prince | Trade | | unknown |

6