WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
(973) 733-9200
James N. Lawlor
Proposed Counsel for ZAIS Investment
Grade Limited VII

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ZAIS INVESTMENT GRADE LIMITED VII,<br><br>Debtor and Debtor-in-Possession. | Case No: 11-20243 (RTL)<br><br>Chapter 11 |

### DECLARATION CONCERNING CREDITOR MATRIX

I, the undersigned authorized director of ZAIS Investment Grade Limited VII, the debtor and debtor-in-possession in the above-captioned matter (the "*Debtor*"), have reviewed the Creditor Matrix for the Debtor and the Creditor Matrix is true and correct to the best of my information and belief.

ZAIS Investment Grade Limited VII

By: _____
Name: George Bashforth
Title: Director

Date: April 28, 2011