# PLAN EXHIBIT B

## SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[**TO BE FILED**]