**PLAN EXHIBIT C**

**SCHEDULE OF DESIGNATED ASSETS**

| Description | CUSIP / ISIN | Balance | Maturity |
|---|---|---:|---:|
| ACABS 2002-1A - C Libor+2.6% 08/2037 | 00080UAE6 | 6,701,368 | 1-Aug-37 |
| ACABS 2003-2X - BF 5.000% - 12/2038 | 00081KAG2 | 3,500,000 | 10-Dec-38 |
| ACABS 2007-3A - P1 0.00% - 05/2047 | 00083PAA2 | 15,500,000 | 7-May-47 |
| ACACL 2006-1X - D Libor+4.0% 07/2018 | 00083AAE7 | 3,000,000 | 25-Jul-18 |
| ACAS 2007-1A - D Libor+1.85% - 08/2019 | 000837AD6 | 2,406,353 | 16-Aug-19 |
| ACCRE 2005-1X - E Libor+2.0% 01/2046 | USG0064BAE14 | 4,000,000 | 7-Jan-46 |
| ACCRE 2005-1X - F Libor+2.60% 01/2046 | USG0064BAF88 | 1,000,000 | 7-Jan-46 |
| AJAX 2A - 3.88% 09/2032 | 00969QAG6 | 6,000,000 | 8-Sep-32 |
| AMMC 2006-6X - D Libor+1.60% 05/2018 | 00174EAF6 | 2,000,000 | 3-May-18 |
| ARE3R 2007-1X - E Libor+3.50% - 04/2021 | 04012LAF8 | 2,000,000 | 16-Apr-21 |
| ARES8 2004-1A - C2 6.901% - 02/2016 | 04010KAF2 | 2,500,000 | 26-Feb-16 |
| ARROY 1A C2 - Fixed 8.46% 08/2036 | 042811AC3 | 4,000,000 | 15-Aug-36 |
| AVCLO 2004-1A - B1F 6.59 02/2017 | 053575AF3 | 5,000,000 | 15-Feb-17 |
| AVCLO 2005-2A - A2L Libor+0.42% - 10/2017 | 053576AB0 | 2,000,000 | 30-Oct-17 |
| AVCLO 2005-2A - B2L Libor+4.75% - 10/2017 Non-PIK | 05357YAA1 | 3,796,392 | 30-Oct-17 |
| AVCLO 2006-4X - C Libor+1.45% 11/2018 | 05357UAE1 | 3,000,000 | 7-Nov-18 |
| Aurum CLO 2002-1 Ltd - 0% 04/2014 | AURUMSUBO | 1,762,500 | 15-Apr-14 |
| BABSN 2005-2A - C1 Libor+1.70% 07/2019 | 05615YAD3 | 3,250,000 | 20-Jul-19 |
| BAKR 2005-1A - E Libor+5.0% 12/2018 | 05741NAA0 | 2,000,000 | 15-Dec-18 |
| BIRCH 1A - NOTE 0.150% - 02/2038 | 09070EAA3 | 3,000,000 | 10-Feb-38 |
| BIRCH 1A - PREF 8.050% - 02/2038 |  | 7,000,000 | 10-Feb-38 |
| BRCLO 2006-1A - C Libor+0.75% - 03/2023 | 122621AE5 | 2,000,000 | 27-Mar-23 |
| BSIS 2006-4X - D Libor+1.45% 04/2019 | 09254DAD7 | 2,000,000 | 20-Apr-19 |
| CAMBR 5A - A3 Libor+.60% 12/2045 | 13189LAC3 | 3,000,000 | 6-Dec-45 |
| CAMBR 5A - B Libor+1.80% 12/2045 | 13189LAD1 | 3,327,342 | 6-Dec-45 |
| CARL 2006-9A - D Libor+1.60% 08/2021 | 14309BAG9 | 1,000,000 | 12-Aug-21 |
| CARL 2006-9X - D Libor+1.60% 08/2021 | 14309BAG9 | 2,000,000 | 1-Aug-21 |
| CBASS 2002-CB4 - B1 Libor+1.90% 02/2033 | 12489WFF6 | 330,393 | 25-Feb-33 |
| CBCL 9A - D Libor+2.70% 4/2039 - CDS |  | 1,290,649 | 8-Apr-39 |
| CIFC 2007-2A - D Libor+3.90% 04/2021 | 17178WAA7 | 2,000,000 | 15-Apr-21 |
| CIFC 2007-2X - C Libor+1.60% - 04/2021 | 17178XAN7 | 2,000,000 | 15-Apr-21 |
| CIFC 2007-3A - B Libor+1.25% - 07/2021 | 17178NAE9 | 2,400,000 | 26-Jul-21 |
| CIFC 2007-3A - C Libor+2.60% 07/2021 | 17178NAF6 | 3,750,000 | 26-Jul-21 |
| CMLTI 2005-OPT3 - M9 Libor+1.85% 05/2035 ZIG7 - CDS |  | 3,170,306 | 25-May-35 |
| CMLTI 2006-WFH3 - M7 Libor+0.80% 10/2036 | 17309QAL8 | 956,732 | 25-Oct-36 |
| COAST 2002-1X - D 8.478% - 07/2017 | 19035RAE9 | 6,800,000 | 30-Jul-17 |
| COMMO 1A - B Libor+0.80% 02/2037 | 202642AB0 | 2,000,000 | 28-Feb-37 |
| COMMO 2005-4A - COM1 Libor+0.0% 02/2045 | 202650AB3 | 5,495,133 | 4-Feb-45 |
| CORON 1A - C1 LIBOR+3.50 09/2038 | 21976RAC0 | 1,500,000 | 4-Sep-38 |
| Coda CDO Ltd - Preferred Shares | US1261832018 | 30,000,000 | 1-Jan-20 |
| Credit & Repackaged Secs Ltd - Libor+2.55% 06/2013 | 225308BA2 | 6,000,000 | 20-Jun-13 |
| DASH 1A - A1 Libor+ 0.60% 12/2034 | 25513QAA7 | 1,268,427 | 30-Dec-34 |
| DASH3 1A - A1L Libor+.50% 07/2036 | 25513SAA3 | 581,078 | 5-Jul-36 |
| DASH3 1A - A2 7.4202% - 07/2036 | 25513SAB1 | 1,743,235 | 5-Jul-36 |
| DASH3 1X - A3L Libor+0.79% 07/2036 | 25513SAC9 | 6,000,000 | 5-Jul-36 |
| DEMER 2006-1X - D Libor+1.25% 10/2018 | USG2710FAD80 | 2,142,756 | 20-Oct-18 |
| DGSL 1X - A3A Libor+2.80% 12/2014 | 255229AC0 | 1,202,240 | 13-Dec-14 |
| DHCDO 2005-1A - D2 Libor+3.60% 12/2045 | 26702TAF9 | 6,710,508 | 12-Dec-45 |
| DRYD 2006-11A - C1 Libor+1.60% 04/2020 | 26249WAF2 | 5,000,000 | 12-Apr-20 |
| DUKEF 2005-9X - A3V Libor+1.50% 03/2045 | 26450AAC1 | 4,330,196 | 9-Mar-45 |
| EXUM 2006-5A - D Libor+3.00% 12/2011 | 30232VAG3 | 3,326,417 | 22-Dec-11 |
| FMCLO 2004-1X - D2 7.042% 01/2019 | 358428AG5 | 2,812,355 | 15-Jan-19 |
| FRASR 2006-2X - E Libor+3.50% 02/2020 | 35552QAF7 | 2,000,000 | 20-Dec-20 |
| FULT 1A - A2 Libor+0.85% 04/2037 | 360721AC8 | 3,000,000 | 20-Apr-37 |
| GALLA 4X - A1 Libor+.49% 08/2034 | USG09086AA08 | 3,047,086 | 10-Aug-34 |
| GALXY 2006-6X - D Libor+1.58% 06/2018 | 363186AJ6 | 1,665,927 | 13-Jun-18 |
| GARDN 2005-1A - C2 6.560% 10/2020 | 14844QAJ2 | 5,000,000 | 27-Oct-20 |

| Description | CUSIP | Amount | Date |
|---|---|---|---|
| GEBL 2005-2A - D Libor+3.20% 11/2033 | 36159GBX4 | 3,224,902 | 15-Nov-33 |
| GECLT 2006-3 - D Libor+1.40% 01/2017 | 36829WAE2 | 1,240,910 | 19-Jan-17 |
| GEMC 2005-8A - D1 Libor+5.25% 06/2017 | 368633AG8 | 3,000,000 | 23-Jun-17 |
| GEML 2006-3A - C Libor+3.0% 03/2021 | 36860NAL6 | 4,000,000 | 23-Mar-21 |
| GOLD4 2007-4X - C Libor+2.0% 08/2022 | 38136GAG6 | 4,600,000 | 18-Aug-22 |
| GRANV 2005-2A - D Libor+4.55% - 12/2017 | 38747PAE2 | 3,000,000 | 15-Dec-17 |
| GRANV 2006-3A - C Libor+1.65% 04/2018 | 387477AG7 | 4,000,000 | 20-Apr-18 |
| GULFS 2007-1X - D Libor+2.40% 06/2021 | 40256VAF5 | 2,500,000 | 17-Jun-21 |
| HARV3 3A - A Libor+.49% 09/2031 | 41163JAA3 | 3,479,150 | 15-Sep-31 |
| HARV3 3X - A Libor+.49% 09/2031 | USG42878AA92 | 2,319,433 | 15-Sep-31 |
| ICES 2007-1A - C Libor+3.0% 08/2022 | 45110CAL9 | 3,250,000 | 15-Aug-22 |
| Ingress I Ltd - Fixed 7.38% 03/2040 | 45719QAC3 | 591,351 | 30-Mar-40 |
| Ischus Synthetic ABS CDO - Common Stock | 46426W207 | 20,279,496 | 1-Jan-20 |
| JAYST 2006-1A - B Libor+1.20% 04/2016 | 47206MAB0 | 2,000,000 | 11-Apr-16 |
| LAFSQ 2005-1A - C1 Libor+1.85% 11/2019 | 506762AN3 | 3,000,000 | 15-Nov-19 |
| LARGO 2007-1X - C Libor+1.75% 06/2014 | 517107AD0 | 2,000,000 | 21-Jun-14 |
| LBSBN 2006-1 - N1 6.770% - 04/2031 | 50180EAA4 | 55,520 | 28-Apr-31 |
| LNR 2005-1A - G Libor+2.45% 02/2043 | 53944PAQ5 | 3,830,807 | 28-Feb-43 |
| LNXST 2007-1A - F Libor+1.75% - 03/2045 | 52634WAL8 | 4,000,000 | 4-Mar-45 |
| MCLO 2005-2A - B Libor+.80% 12/2019 | 565764AG2 | 5,000,000 | 20-Dec-19 |
| MSAC 2005-WMC2 - B3 Libor+1.80% 02/2035 - CDS | | 1,365,820 | 25-Feb-35 |
| MUZ2 1X - B1 Libor+3% 03/2011 | USG63587AJ18 | 1,977,001 | 15-Mar-11 |
| MUZ2 1X - B2 9% 03/2011 | USG63587AK80 | 2,414,447 | 15-Mar-11 |
| Mt Washington CBO I Limited - Senior Notes | 623788AA4 | 7,546,557 | 28-May-11 |
| NAUTQ 2006-1A - C Libor+1.70% 04/2020 | 639107AH4 | 6,000,000 | 15-Apr-20 |
| NAVG 2003-1A - B Libor+1.70% 11/2015 | 63936JAE5 | 3,000,000 | 15-Nov-15 |
| NAVG 2005-1X - C1 Libor+1.80% - 10/2017 | 63936YAL6 | 2,063,255 | 21-Oct-17 |
| NCHET 2005-3 - M9 SYNTH @ 1.885% - CDS | | 4,000,000 | 25-Jul-35 |
| NOMUR 1997-2 - INC 0.00% - 10/2009 | NRA72INCO | 17,419,000 | 30-Apr-11 |
| Neptune CDO V - Preferred Shares | 64069U206 | 18,600,000 | 1-Jan-20 |
| ODINC 1A - D2U7 6.875% 10/2012 | 67606HAA7 | 2,500,000 | 11-Oct-12 |
| ORCHD 2003-1A - B Libor+1.75% 11/2038 | 68571SAC8 | 5,000,000 | 18-Nov-38 |
| Octagon Investment Partners VI - Preferred Shares | 67571S205 | 1,216,003 | 1-Jan-20 |
| PASA 1X - C Libor+2.60% 06/2037 | 71434D9A8 | 5,000,000 | 19-Jun-37 |
| Preferred CPO Limited - 10.026% 07/26/2030 | 74037AAB5 | 5,000,000 | 26-Jul-30 |
| RACER 2005-24E - CERT Libor+1.50% 12/2045 | 76126CUN0 | 5,292,824 | 8-Dec-45 |
| RACERS SER 2006-6-E - Libor+3.0% 10/2037 | 76128EAA4 | 4,748,718 | 3-Oct-37 |
| RACERS SER 2007-2-E - Libor+0.85% 11/2036 | 76130QAA3 | 4,576,774 | 6-Nov-36 |
| RASC 2005-EMX2 - B Libor+2.50% 07/2035 | 76110W2R6 | 2,128,209 | 25-Jul-35 |
| RESIF 2004-AX - B4 Libor+1.20% 02/2036 | USG7525RCG77 | 2,052,823 | 10-Feb-36 |
| Racers 2001-21-E Tr - 7.950% - 10/2016 | 76126CJX1 | 5,952,983 | 10-Oct-16 |
| Racers Trust 2004-13-E - Libor+1.50% 09/2016 | 76126CRJ3 | 8,000,000 | 20-Sep-16 |
| Robeco CDO II Limited - Class B-2 Notes | 77029LAA6 | 4,000,000 | 30-Aug-13 |
| SASC 2003-S1 - B Libor+4.00% 08/2033 | 86359AV75 | 679,217 | 25-Aug-33 |
| SCF 3A - C Libor+3.65% 08/2038 | 83743SAE6 | 4,803,146 | 10-Aug-38 |
| SIL 2003-1A - B1 Libor+1.80% - 02/2016 | 827554AC0 | 3,000,000 | 25-Feb-16 |
| SKTY 2005-2A - 9.941% - 11/2009 | 80104MBJ6 | 5,000,000 | 30-May-11 |
| START 2005-BA - D Libor+2.40% 11/2040 | 85768QAF2 | 2,831,126 | 14-Nov-40 |
| SYMP 2006-2A - C Libor+1.50% 10/2020 | 87155FAJ5 | 2,000,000 | 25-Oct-20 |
| SYMP 2006-2A - D Libor+3.50% 10/2020 | 87155EAA7 | 2,000,000 | 25-Oct-20 |
| Stone Tower III - Preferred Shares | 64069U206 | 26,600,000 | 1-Jan-20 |
| TALON 1A - A Libor+.49% 06/2035 | 87483UAA4 | 1,669,311 | 5-Jun-35 |
| TALON 1X - A Libor+0.49% - 06/2035 | 87483UAA4 | 185,479 | 5-Jun-35 |
| TIASF 1A - A2 7.06% 11/2030 | 87245AAC3 | 1,175,510 | 25-Nov-30 |
| TRAIN 3A - D Libor+3.50% 02/2038 | 892881AE3 | 7,672,051 | 19-Feb-38 |
| TRIC 2003-1A - B1L Libor+3.0% 02/2016 | 896087AF0 | 767,259 | 29-Feb-16 |
| TRIC 2003-1AR - A4L Libor+1.75% 02/2016 | 896087AE3 | 2,000,000 | 28-Feb-16 |
| Term 2007-1A - Common Stock | 88079R200 | 25,700,000 | 1-Jan-20 |
| Tiers Georgia 2006-1 - Libor+2.43% 04/2013 | 88653TAA9 | 2,000,000 | 4-Apr-13 |

| | | | |
|---|---|---|---|
| Tiers-Ohio 2005-13 - Libor+2.40% 10/2015 | 871928BU0 | 1,498,950 | 3-Oct-15 |
| WINGC 2004-1A - B 0.00% - 01/2036 | 12493LBW1 | 6,630,000 | 25-Jan-36 |
| ZING 10A - C Libor+4.00% - 11/2057 | 98887BAN7 | 2,887,315 | 20-Nov-57 |